1  R. Joseph Trojan  CA Bar No. 137,067
2  trojan@trojanlawoffices.com
   TROJAN LAW OFFICES
3  9250 Wilshire Blvd., Suite 325
   Beverly Hills, CA  90212
4  Telephone:  (310) 777-8399
5  Facsimile:  (310) 777-8348
6  **Attorneys for Plaintiff,**
   **PHOENIX SOLUTIONS, INC.**
7

Lodged Proposed Order

FILED 2010 JUN -1 PM 2:37 CLERK US DISTRICT COURT CENTRAL DIST OF CALIF LOS ANGELES BY ___

8              **UNITED STATES DISTRICT COURT**
9             **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| PHOENIX SOLUTIONS, INC., a Maryland corporation, | CASE NO. 09-08156-MRP (SSx) |
| Plaintiff and Counter-Defendant, | **APPLICATION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION** |
| v. | Hon. Mariana R. Pfaelzer |
| WEST INTERACTIVE CORP., a Delaware corporation, | |
| Defendant and Counter-Plaintiff. | Hearing Date:  July 2, 2010<br>Hearing Time:  11:00 am<br>Courtroom:  12 |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Application to File Under Seal**                    -1-                    **CV09-08156 MRP**

TROJAN LAW OFFICES
BEVERLY HILLS

1   **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2       **PLEASE TAKE NOTICE** that pursuant to Local Rule 79-5.1, Plaintiff

3   Phoenix Solutions, Inc. ("Phoenix" or "Plaintiff") hereby seeks an Order of this

4   Court authorizing Plaintiff to file under seal Documents in Support of Plaintiff's

5   Motion for Summary Adjudication.

6       The documents attached to the Declaration of R. Joseph Trojan as Exhibits 9-

7   22 contain information marked "Attorneys' Eyes Only".  Plaintiff's Memorandum

8   of Points and Authorities in Support of its Motion for Summary Adjudication, the

9   Declaration of Arthur Rosenberg in Support of Plaintiff's Motion for Summary

10  Adjudication, and Plaintiff's Statement of Uncontroverted Facts and Conclusions of

11  Law also contain confidential information from these exhibits.  Accordingly,

12  Plaintiff requests that the foregoing documents be filed under seal in order to

13  maintain the confidentiality of the information contained therein.

14

15                              Respectfully submitted,

16                              TROJAN LAW OFFICES

17                              by,

18  DATED: May 27, 2010

19                              R. Joseph Trojan

20                              Attorney for Plaintiff,
                                PHOENIX SOLUTIONS, INC.

21

22

23

24

25

26

27

28  **Application to File Under Seal**          -2-                    **CV09-08156 MRP**

TROJAN LAW OFFICES
BEVERLY HILLS

PROOF OF SERVICE

I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above entitled action. My business address is 9250 Wilshire Blvd., Suite 325, Beverly Hills, California 90212.

On June 1, 2010, I served:

## APPLICATION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION

by transmitting to:

Daralyn J. Durie, Esq.
Ryan M. Kent, Esq.
Johanna Calabria, Esq.
DURIE TANGRI LLP
217 Leidesdorff St.
San Francisco, CA 94111
rkent@durietangri.com
ddurie@durietangri.com
Fax: (415) 236-6300

[X] BY MAIL: I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Beverly Hills, California, in the ordinary course of business.  I am aware that on the motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing shown on this proof of service.

[X] BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION:  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I cased the document to be sent to the respective e-mail address of the party as stated above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X] FEDERAL:  I declare, under penalty of perjury under the laws of the United States that the foregoing is true and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 1, 2010, at Beverly Hills, California.

Michiko Speier