1  DURIE TANGRI LLP
   DARALYN J. DURIE (SBN 169825)
2  ddurie@durietangri.com
   RYAN M. KENT (SBN 220441)
3  rkent@durietangri.com
   SONALI D. MAITRA (SBN 254896)
4  smaitra@durietangri.com
   217 Leidesdorff Street
5  San Francisco, CA 94111
   Telephone: 415-362-6666
6  Facsimile: 415-236-6300

7  Attorneys for Defendant and Counterclaim-Plaintiff
   WEST INTERACTIVE CORP.

8

9               UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11                    WESTERN DIVISION

12  PHOENIX SOLUTIONS, INC., a         Case No. 2:09-08156 MRP (SSx)
    Maryland corporation,
13                                     **APPLICATION TO FILE UNDER SEAL**
         Plaintiff and Counterclaim-
14       Defendant,
                                       Judge: Honorable Mariana R. Pfaelzer
15       v.

16  WEST INTERACTIVE CORP., a
    Delaware corporation,
17
         Defendant and Counterclaim-
18       Plaintiff.

19

20

21

22

23

24

25

26

27

28

## APPLICATION TO FILE UNDER SEAL:

Pursuant to Local Rule 79-5.1, Defendant West Interactive Corp. ("West") seeks leave to file the following documents under seal:

1. Exhibits 5, 6, 7, 8 and 10 to the Declaration of Ryan M. Kent in Support of Motions for Summary Judgment of Invalidity Regarding the '640, '854 , '431 and '846 Patents ("Kent Decl.").

The documents sought to be filed under seal contain material that has been designated "Confidential" or "Confidential – Attorneys' Eyes Only" under the terms of the February 11, 2010 Protective Order in this matter or under the terms of the June 29, 2009 [Proposed] Protective Order approved on July 1, 2009 in the Order Approving Protective Order in *Pheonix Solutions, Inc. v. Pacific Gas and Electric Company*, Case No. 2:09-cv-00774 MRP (SSx). West is obligated to file this material under seal pursuant to the terms of these orders.

For the foregoing reason, West respectfully requests the Court to grant this Application and order that Exhibits 5, 6, 7, 8 and 10 to the Kent Declaration shall be filed under seal.

Dated: June 1, 2010         DURIE TANGRI LLP

By: ___/s/ Ryan M. Kent___
RYAN M. KENT

Attorneys for Defendant and Counterclaim Plaintiff WEST INTERACTIVE CORPORATION