R. Joseph Trojan CA Bar No. 137,067
trojan@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone: (310) 777-8399
Facsimile: (310) 777-8348

**Attorneys for Plaintiff,
PHOENIX SOLUTIONS, INC.**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHOENIX SOLUTIONS, INC., a Maryland corporation,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>WEST INTERACTIVE CORP., a Delaware corporation,<br><br>Defendant and Counter-Plaintiff. | CASE NO. 09-08156-MRP (SSx)<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION<br><br>Hon. Mariana R. Pfaelzer<br><br>Hearing Date: July 2, 2010<br>Hearing Time: 11:00 am<br>Courtroom: 12 |

The Court, having read and considered Plaintiff Phoenix Solutions, Inc. ("Phoenix" or "Plaintiff")'s Application to File Under Seal Documents in Support of Its Motion for Summary Adjudication, hereby grants Plaintiff leave to file the documents under seal.

**IT IS SO ORDERED.**

DATED: June 2, 2010

_____
THE HON. MARIANA R. PFAELZER
United States District Court Judge

Submitted by:

TROJAN LAW OFFICES
by

_____
R. Joseph Trojan
Attorney for Plaintiff,
PHOENIX SOLUTIONS, INC.

[Proposed] Order Granting Application to File Under Seal

-2-

CV09-08156 MRP

PROOF OF SERVICE

I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above entitled action. My business address is 9250 Wilshire Blvd., Suite 325, Beverly Hills, California 90212.

On June 1, 2010, I served:

**[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION**

by transmitting to:

Daralyn J. Durie, Esq.
Ryan M. Kent, Esq.
Johanna Calabria, Esq.
DURIE TANGRI LLP
217 Leidesdorff St.
San Francisco, CA 94111
rkent@durietangri.com
ddurie@durietangri.com
Fax: (415) 236-6300

[X] BY MAIL: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Beverly Hills, California, in the ordinary course of business. I am aware that on the motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing shown on this proof of service.

[X] BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I cased the document to be sent to the respective e-mail address of the party as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X] FEDERAL: I declare, under penalty of perjury under the laws of the United States that the foregoing is true and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 1, 2010, at Beverly Hills, California.

_____
Michiko Speier