DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
RYAN M. KENT (SBN 220441)
rkent@durietangri.com
SONALI D. MAITRA (SBN 254896)
smaitra@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Defendant and Counterclaim-Plaintiff
WEST INTERACTIVE CORP.



ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
JUN - 3 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PHOENIX SOLUTIONS, INC., a Maryland corporation,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>WEST INTERACTIVE CORP., a Delaware corporation,<br><br>Defendant and Counterclaim-Plaintiff. | Case No. 2:09-08156 MRP (SSx)<br><br>[PROPOSED] ORDER TO FILE UNDER SEAL<br><br>Judge: Honorable Mariana R. Pfaelzer |

LODGED

JUN -2 PM 4:06
U.S. DISTRICT COURT
CENTRAL DIST. OF CA.
LOS ANGELES

The Court, having considered Defendant West Interative Corp.'s Application to File Under Seal, and all papers submitted in connection therewith, finds that (1) West Interactive is obligated to file the documents under seal as they have been designated "Confidential" or "Confidential – Attorneys' Eyes Only" by counsel for Pheonix Solutions, Inc. pursuant to the terms of the February 11, 2010 Protective Order in the instant action and pursuant to the terms of the June 29, 2009 [Proposed] Protective Order which was approved by the July 1, 2009 Order Approving Protective Order in *Pheonix Solutions, Inc. v. Pacific Gas and Electric Company*, Case No. 2:09-cv-00774 MRP (SSx).

IT IS THEREFORE ORDERED that Defendants' Application to File Under Seal is GRANTED as follows:

1. Exhibits 5, 6, 7, 8 and 10 to the Declaration of Ryan M. Kent in Support of Motions for Summary Judgment of Invalidity Regarding the '640, '854, '431 '846 Patents shall be filed under seal.

2. No persons other than the Court and counsel of record are authorized to inspect the above-listed records filed under seal.

IT IS SO ORDERED.

June 3, 2010
Dated

Hon. Mariana R. Pfaelzer