DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
RYAN M. KENT (SBN 220441)
rkent@durietangri.com
SONALI D. MAITRA (SBN 254896)
smaitra@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Defendant and Counterclaim-Plaintiff
WEST INTERACTIVE CORP.

ORIGINAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PHOENIX SOLUTIONS, INC., a Maryland corporation,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>WEST INTERACTIVE CORP., a Delaware corporation,<br><br>Defendant and Counterclaim-Plaintiff. | Case No. 2:09-cv-08156-MRP (SSx)<br><br>**PROOF OF SERVICE**<br><br>Judge: Honorable Mariana R. Pfaelzer |

## PROOF OF SERVICE

I am a citizen of the United States and resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is 217 Leidesdorff Street, San Francisco, CA 94111.

On June 2, 2010, I served the following documents in the manner described below:

**EXHIBITS 5, 6, 7, 8, 10 AND 11 TO THE DECLARATION OF RYAN M. KENT IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT OF INVALIDITY REGARDING THE '640, '854, '431 AND '846 PATENTS**

**APPLICATION TO FILE UNDER SEAL KENT DECLARATION EXHIBITS 5, 6, 7, 8 AND 10**

**[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL**

[x]  (BY U.S. MAIL) I am personally and readily familiar with the business practice of Durie Tangri LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

On the following part(ies) in this action:

R. Joseph Trojan
9250 Wilshire Boulevard
Suite 325
Beverly Hills, CA 90212

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 2, 2010, at San Francisco, California.

*Robin A. Ramirez*